**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL MARCAVAGE,   Plaintiff, | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 09-CV-4569 |
| BOROUGH OF LANSDOWNE, PENNSYLVANIA, MICHAEL J. JOZWIAK,   Defendants. | : : : | |

**ORDER**

**AND NOW**, this __19th___ day of October 2011, it is **ORDERED** that:

- Defendants' Motion for Summary Judgment (ECF No. 39) is **GRANTED**, and

- Plaintiff's Motion for Partial Summary Judgment (ECF No. 40) is **DENIED**.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: